UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| LEXFIT, LLC, | ) |
| Plaintiff, | ) Civil Action No. 5: 20-413-DCR |
| V. | ) |
| WEST BEND MUTUAL INSURANCE COMPANY, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is entered in favor of Defendant West Bend Mutual Insurance Company with respect to the claims asserted in this action by Plaintiff LexFit, LLC.

2.  This action is **DISMISSED** and **STRICKEN** from the docket.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: June 10, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky